23 A.3d 1053

**Nathan AVERY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

July 19, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2011, the Order of the Commonwealth Court is AFFIRMED.